**R. W. GALLAHER et al., Plaintiffs-Appellants,**

v.

**H. W. PHILLIPS and Mrs. Lois F. Phillips, Defendants-Appellees.**

No. 71-2019.

United States Court of Appeals, Fifth Circuit.

April 21, 1972.

James W. Nobles, Jr., Jackson, Miss., Jack F. Dunbar, Clarksdale, Miss., Bobby G. Perry, Southaven, Miss., Ross R. Barnett, Sr., Jackson, Miss., for plaintiffs-appellants.

A. Cinclair May, Sardis, Miss., Max D. Lucas, Jr., Memphis, Tenn., John Whitten, Jr., Sumner, Miss., J. W. Kirkpatrick, Memphis, Tenn., for defendants-appellees.

Before GOLDBERG, DYER and SIMPSON, Circuit Judges.

PER CURIAM:

This cause is ordered affirmed by the Court from the bench at oral argument, at the close of appellants' argument.

■

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Joel Mark DE SMET, Appellant.**

No. 71-2811.

United States Court of Appeals, Ninth Circuit.

April 11, 1972.

Joel Shawn (argued), of Lukes & Bassoni, San Francisco, Cal., for appellant.

Stephen E. Clark (argued), of Athearn, Chandler, & Hoffman, James L. Browning, Jr., U. S. Atty., San Francisco, Cal., for plaintiff-appellee.

Before CHAMBERS and HAMLIN, Circuit Judges, and JAMESON, District Judge.

PER CURIAM:

The judgment of conviction in this selective service case is affirmed.

We decide here that if there was some irregularity in the "call" process, there is no evidence of prejudice to De Smet.

However, we reject the contention that there was irregularity in the "calling."